# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JOSHUA MEADORS,

         Petitioner,

     v.

SHERIFF ROBERT LUNA,

         Respondent.

Case No. 2:25-cv-03452-KK-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action without prejudice, and that all remaining motions be denied as moot.

DATE: February 10, 2026    _____

HON. KENLY KIYA KATO
U.S. DISTRICT JUDGE