JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JOSHUA MEADORS,

      Petitioner,

      v.

SHERIFF ROBERT LUNA,

      Respondent.

Case No. 2:25-cv-03452-KK-MBK

JUDGMENT

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

DATE: February 10, 2026

                                       
HON. KENLY KIYA KATO
U.S. DISTRICT JUDGE